

# Fourth Court of Appeals
## San Antonio, Texas

January 11, 2022

No. 04-21-00572-CV

**SHIELA PIAZZA**, Agent & Attorney-in-Factor for Phyllis Masterson,
Appellant

v.

**CITY OF WINDCREST**, and Selena Breland, in her official capacity as Code Compliance &
Enforcement Officer,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-17091
Honorable Norma Gonzales, Judge Presiding

## O R D E R

The clerk's record was originally due on December 30, 2021. On January 4, 2022, the trial court clerk filed a Notification of Late Record stating appellant has failed to pay or make arrangements to pay the clerk's fee for preparing the record and that appellant is not entitled to appeal without paying the fee.

It is therefore ORDERED that appellant provide written proof to this court **no later than January 21, 2022** that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. If appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* Tex. R. App. P. 37.3(b).

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of January, 2022.



FILE COPY

MICHAEL A. CRUZ, Clerk of Court